UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELENA A. BELOV,<br><br>Plaintiff,<br><br>v.<br><br>WORLD WILDLIFE FUND, INC.,<br><br>Defendant. | Civil Action No. 21-1529 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Defendant's Motion to Dismiss is GRANTED IN PART and DENIED IN PART;

2. Counts II and III are DISMISSED WITHOUT PREJUDICE; and

3. Defendant shall file an Answer by October 28, 2021.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: October 13, 2021

1