The order below is hereby signed.

Signed: March 9 2022



*S. Martin Teel Jr.*

S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ELENA BELOV, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 21-1529 (JEB) |
| | ) | |
| WORLD WILDLIFE FUND, INC., | ) | |
| | ) | |
| Defendant. | ) | |

ORDER SETTING NO FURTHER MEDIATION SESSION UNLESS THE PARTIES
AT SOME JUNCTURE JOINTLY REQUEST THAT A FURTHER SESSION BE SET

    This matter was referred to me for the purpose of mediation. The parties appeared for a mediation session on March 9, 2022, and were unable to reach a settlement in that session. At this juncture the parties appear to be at an impasse regarding reaching a settlement. However, there has not been any extensive discovery at this juncture. The parties agreed that they ought to be allowed jointly to request me to resume mediation before me in case they come to believe that a further session might assist them in reaching a settlement. It is thus

    ORDERED that the mediation of this civil action is deemed to have been unsuccessful at this juncture, and a further mediation

session is not being set at this juncture, but the parties are free jointly to request me to hold another mediation session if they at some point come to believe that a renewed mediation session might assist them in attempting to reach a settlement.

[Signed and dated above.]

Copies to: All counsel of record.

2

M:\Common\TeelGHY\Judge Temp Docs\Mediations - Belov v. World Wildlife Fund, Inc. - 21-cv-01529-JEB - HALT Med'n for the Moment.wpd